## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AFRODITE JAQUEZ** | ) |
| | ) **Case No.: 2:20-cv-06235-CCC-MF** |
| Plaintiff, | ) |
| | ) |
| v. | ) Magistrate Judge Mark Falk |
| | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.**, | ) |
| | ) |
| Defendant. | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 7, 2020        By: */s/ Amy L. B. Ginsburg*
                                    Amy L. B. Ginsburg, Esquire
                                    Kimmel & Silverman, P.C.
                                    30 E. Butler Pike
                                    Ambler, PA 19002
                                    Phone: (215) 540-8888
                                    Fax: (877) 788-2864
                                    Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon counsel of records via CM/ECF system.

>Dana B. Briganti, Esq.
>Ellen B. Silverman, Esq.
>Matthew B. Corwin, Esq.
>Hinshaw & Culbertson, LLP
>800 Third Ave., 13th Floor
>New York, NY 10022
>Tel.: (212) 471-6200
>*Attorneys for Defendant*

Dated: October 7, 2020         By: */s/ Amy L. B. Ginsburg*
>Amy L. B. Ginsburg, Esquire
>Kimmel & Silverman, P.C.
>30 E. Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Fax: (877) 788-2864
>Email: aginsburg@creditlaw.com