Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AFRODITE JAQUEZ, | § § | |
| Plaintiff, | § | Civil Action No. 2:20-cv-06235-CCC-MF |
| v. | § § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § § § | |
| Defendant. | § § § | |

## STIPULATION TO DISMISS

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ *Dana Brett Briganti*
DANA BRETT BRIGANTI
HINSHAW & CULBERTSON LLP
800 3RD AVENUE
13TH FLOOR
NEW YORK, NY 10022
Phone: 212-471-6200
Email: dbriganti@hinshawlaw.com
Attorney for the Defendant

Date: February 2, 2021

/s/ *Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: February 2, 2021

## CERTIFICATE OF SERVICE

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

DANA BRETT BRIGANTI
HINSHAW & CULBERTSON LLP
800 3RD AVENUE
13TH FLOOR
NEW YORK, NY 10022
Phone: 212-471-6200
Email: dbriganti@hinshawlaw.com
Attorney for the Defendant

DATED:  February 2, 2021        /s/ *Amy L. Bennecoff Ginsburg*
                                Amy L. Bennecoff Ginsburg Esq.
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Tel: 215-540-8888
                                Fax: 215-540-8817
                                Email:aginsburg@creditlaw.com
                                Attorney for Plaintiff