Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AFRODITE JAQUEZ, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:20-cv-06235-CCC-MF |
| | § | |
| v. | § | |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.


/s/ *Dana Brett Briganti*              /s/ *Amy L. Bennecoff Ginsburg*
DANA BRETT BRIGANTI              Amy L. Bennecoff Ginsburg Esq.
HINSHAW & CULBERTSON LLP       Kimmel & Silverman, P.C.
800 3RD AVENUE                       30 East Butler Pike
13TH FLOOR                           Ambler, PA 19002
NEW YORK, NY 10022                 Phone: (215) 540-8888
Phone: 212-471-6200                 Fax: (215) 540-8817
Email: dbriganti@hinshawlaw.com     Email: aginsburg@creditlaw.com
Attorney for the Defendant           Attorney for the Plaintiff

Date: February 2, 2021              Date: February 2, 2021


SO ORDERED

      *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 2/3/2021